UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JAMES H. HOUSE,<br><br>          Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT HOTEL,<br><br>          Defendant. | 2:09-CV-02156-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Plaintiff James H. House's Complaint (Doc. #5), filed on December 29, 2009. On March 25, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #9) recommending that Plaintiff's Complaint (Doc. #5) be dismissed.

      Plaintiff House was given notice to file written objections with the court to Magistrate Judge Leen's Report of Findings and Recommendation within thirty (30) days to file an amended complaint. Plaintiff requested an extension of time to file the amended complaint, and the Court granted that request, allowing Plaintiff through March 17, 2010. Plaintiff has neither filed an amended complaint nor requested an extension of time, nor has he filed objections to Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #9). The time to do so has now expired.

1    The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #9) are Affirmed and Plaintiff James H. House's Complaint (Doc. #5) is **DISMISSED** with prejudice.

DATED: April 15, 2010.

_____
PHILIP M. PRO
United States District Judge